UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY HARDY,

      Plaintiff,

                                          Case No. 1:20-cv-1224

v.

                                          Hon. Hala Y. Jarbou

LANSING POLICE DEPARTMENT,
et al.,

      Defendant.

_____/

## **ORDER**

On February 2, 2022, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that Defendants' motion to dismiss Plaintiff's amended complaint (ECF No. 27) be granted without prejudice and that Plaintiff's motion for leave to file a second amended complaint (ECF No. 36) be denied.  (ECF No. 45.)  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on February 16, 2022.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 45) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss (ECF No. 27) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave to file a second amended complaint (ECF No. 36) is **DENIED**.

**IT IS FURTHER ORDERED** that, within twenty-eight (28) days, Plaintiff may file a third amended complaint which complies with the Federal Rules of Civil Procedure and the instructions set forth in the R&R.

**IT IS FURTHER ORDERED** that the third amended complaint shall be subject to screening pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that Defendants shall not be required to file an answer, motion to dismiss, or other response until ordered by the Court.

**IT IS FURTHER ORDERED** that if no amended complaint is filed within twenty-eight (28) days, a judgment will enter in accordance with this Order.

Date:   February 17, 2022                       /s/ Hala Y. Jarbou
                                                HALA Y. JARBOU
                                                UNITED STATES DISTRICT JUDGE